# EXHIBIT 14

COMMONWEALTH OF KENTUCKY
53rd JUDICIAL DISTRICT
SHELBY CIRCUIT COURT
CIVIL ACTION NO. 14-CI-00594

LARRY VERNON SANDERS PLAINTIFF

v.

BEMIS PACKAGING, LLC DEFENDANT

* * *

The deposition of LARRY VERNON SANDERS, taken pursuant to notice by the Defendant on January 21, 2016, in the law offices of Dinsmore & Shohl, LLP, 101 South Fifth Street, Suite 2500, Louisville, Kentucky.

DANNIELLE COPELAND, RMR, CRR
McLendon-Kogut Reporting Service, LLC
Anchorage Office Plaza
2525 Nelson Miller Parkway, Suite 204
Louisville, Kentucky 40223
(502) 585-5634
dcopeland@mclendon-kogut.com
www.mclendon-kogut.com

Q. And that 12-hour shift for the material handlers has pretty much been in place since Alcan, right?

**A. Yes.**

Q. Was there a 12-hour shift prior to Alcan even taking over?

**A. Yes.**

Q. So has it pretty much always been a 12-hour shift since --

**A. Yes.**

Q. -- you started there? Okay.

And when you started there, you were working a 12-hour shift?

**A. Yes.**

Q. Sometimes overnight, but then mostly that 7:00 A to 7:00 P shift, right?

**A. Well, when I first started, it was -- we rotated. You would work a month on one shift and then you'd switch and go to the other shift, and then after another month you would go back.**

Q. Okay. That was the period of time when you were occasionally working the overnight shift?

**A. Yes.**

Q. And then it changed, at some point, to two different shifts?

**everything, my pay.**

Q. Now, you just told me that all the other material handlers work that same three on/four on, correct?

**A. Yes.**

Q. And that includes people -- other material handlers with medical conditions and material handlers who don't have medical conditions, right?

**A. I would say. I don't know who has medical conditions.**

Q. They all work the same three on/four on, correct?

**A. Yes.**

Q. Okay. And you don't have any reason to think that the company went to that three on/four on schedule simply because of you, do you?

**A. No.**

Q. Okay. And, in fact, the reason is so that the company can make sure that there are people there working Saturdays and Sundays when needed, right?

**A. Yes.**

Q. Other than your desire to work Monday through Friday only, are there any other reasons why --

MR. HAYWARD: I'm going to object to that.