# EXHIBIT 74

COMMONWEALTH OF KENTUCKY
53rd JUDICIAL DISTRICT
SHELBY CIRCUIT COURT
CIVIL ACTION NO. 14-CI-00594

LARRY VERNON SANDERS PLAINTIFF

v.

BEMIS PACKAGING, LLC DEFENDANT

* * *

The deposition of LARRY VERNON SANDERS, taken pursuant to notice by the Defendant on January 21, 2016, in the law offices of Dinsmore & Shohl, LLP, 101 South Fifth Street, Suite 2500, Louisville, Kentucky.

DANNIELLE COPELAND, RMR, CRR
McLendon-Kogut Reporting Service, LLC
Anchorage Office Plaza
2525 Nelson Miller Parkway, Suite 204
Louisville, Kentucky 40223
(502) 585-5634
dcopeland@mclendon-kogut.com
www.mclendon-kogut.com

**A. No. Not on this.**
Q. And in 2009 you had been diagnosed with diabetes, correct?
**A. Yes.**
Q. And I believe you -- we established earlier that you had, in fact, your insulin pump, correct?
**A. Yes.**
Q. And you were working an eight-hour shift at that time, correct?
**A. Yes.**
Q. And you also had an exemption from Alcan not to wear your hearing protection so that you could hear the alarms on your insulin pump, correct?
**A. Yes.**
Q. All right. What is the reason, Mr. Sanders, that you did not check the box showing that you're an individual with a disability?
**A. I don't know. Because I had no reason not to.**
Q. But you didn't check it, did you?
**A. Nobody checked it. Not on this one.**
Q. It's not checked, right?
**A. No.**
Q. So if Bemis is relying on this form for you to tell them that you are an individual with a

disability and you did not -- you left that blank, they would have no reason to know that you are or are not an individual with a disability, would they?

**A. No.**

Q. All this new-hire documentation gets a little tedious, so bear with me.

Do you recognize this as a confidentiality agreement that you executed with Bemis?

**A. Yes.**

(Sanders Deposition Exhibit 18 was marked for identification and is filed with this transcript, and whereupon Mr. Barszcz left the deposition room.)

Q. Is this your handwriting on the first page?

**A. No.**

Q. That's your wife's?

**A. Yes.**

Q. And I'm starting to recognize her handwriting. On the last page it appears that she wrote, in block letters, your name, "Larry V. Sanders," and that that is your signature, and then her date, "9/13/09"; is that correct?

**A. Yes.**

Q. And when you signed this confidentiality agreement, I'm assuming that you intended to comply with it, right?