# EXHIBIT 75

COMMONWEALTH OF KENTUCKY
53rd JUDICIAL DISTRICT
SHELBY CIRCUIT COURT
CIVIL ACTION NO. 14-CI-00594

LARRY VERNON SANDERS PLAINTIFF

v.

BEMIS PACKAGING, LLC DEFENDANT

* * *

The deposition of LARRY VERNON SANDERS, taken pursuant to notice by the Defendant on January 21, 2016, in the law offices of Dinsmore & Shohl, LLP, 101 South Fifth Street, Suite 2500, Louisville, Kentucky.

DANNIELLE COPELAND, RMR, CRR
McLendon-Kogut Reporting Service, LLC
Anchorage Office Plaza
2525 Nelson Miller Parkway, Suite 204
Louisville, Kentucky 40223
(502) 585-5634
dcopeland@mclendon-kogut.com
www.mclendon-kogut.com

Q. And similarly, the final page, page 3, says "see letter," and it has a typical physician signature on it?

**A. Yes.**

Q. As far as you know, is that Dr. Wood's handwriting?

**A. Yes. As far as I know, yes.**

Q. Okay. That's not your handwriting, is it?

**A. No.**

Q. It's not your wife's handwriting?

**A. No.**

Q. Okay. This was completed by the doctor and provided to Bemis, right?

**A. Yes.**

Q. Okay. And so the question on page 2 that Dr. Wood is first asked is "Probable Duration of Condition."

And he writes, "Over 30 years," right?

**A. Yes.**

Q. And at that time that was about how long you had been diagnosed as having diabetes, right?

**A. Yes.**

Q. Okay. And then the question says, (Reading) Is employee substantially limited in any major life activities as a result of his/her health condition?

If so, identify the major life activities.

And Dr. Wood writes "No"; is that right?

**A. Yes.**

Q. Okay. And then the question is, (Reading) Is employee unable to perform any of the essential functions of his/her job as listed in the position description? If so, identify each limitation or inability.

And again, Dr. Wood writes "No"; is that correct?

**A. Yes.**

Q. (Reading) Does the condition cause employee any functional limitations like the ability to reach, stand, bend, grip, concentrate, speak, et cetera? If so, please describe the limitations and their expected duration.

And Dr. Wood writes "No"; is that right?

**A. Yes.**

Q. And I take it you agree with your doctor's opinion on these three questions?

**A. Yes.**

Q. This, I believe, is the letter that Dr. Wood refers to on the third page. Do you recognize this as the letter that your endocrinologist sent to Bemis?