UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| LARRY VERNON SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-00014-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| BEMIS COMPANY, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** as follows:

1. The Defendant's Motion for Summary Judgment [R. 15] is **GRANTED**, and Judgment is entered in favor of Defendant Bemis Company, Inc.;

2. The Final Pretrial Conference and Jury Trial are **CANCELLED**;

3. Any other pending motions are **DENIED, AS MOOT**;

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay; and

5. This case is **STRICKEN** from the Court's active docket.

This the 30th day of January, 2017.

Gregory F. Van Tatenhove
United States District Judge